**EXHORTO DIPLOMATICO LEY 23.480**

Buenos Aires, 2 de Jul de 2012

Dra. Sayago, Silvia Luisa, Jueza Nacional del Trabajo, a cargo del Juzgado Nacional de Primera Instancia del Trabajo Nro. 50 de la Ciudad Autónoma de Buenos Aires, República Argentina.- - - - - - - - - - - - - - - - - - - -

Al Señor Juez que corresponda con jurisdicción y competencia para llevar a cabo la prueba informativa en el domicilio de **Disney Consumer Products Latinamerica, Inc.** con domicilio en One Alhambra Plaza, Penthouse, Coral Gables, Florida (FL 33134), Estados Unidos de Norteamérica.- - - - - - - - -

**SALUDA, EXHORTA Y HACE SABER:**

Que por ante el Juzgado Nacional de Primera Instancia del Trabajo Número 50 de la Ciudad Autónoma de Buenos Aires, República Argentina, a mi cargo, Secretaría única a cargo del Dr. Mancuso, Germán Pablo, con sede en Lavalle 1268, 4to. piso, de ésta Ciudad, tramitan los autos caratulados **"Moretta Alfredo c/ Argos Comercial S.A. y Otros s/ Despido"**, Expediente Número 46953/10, en los cuales la suscripta es competente en razón de materia y territorio, ha dispuesto librar el presente exhorto diplomático a fin de que V.S. de acuerdo a las leyes y formas procesales del Estado requerido, se sirva disponer los medios necesarios para llevar adelante la producción de la prueba informativa, a fin de que **Disney Consumer Products Latinamerica, Inc.** con domicilio en One Alhambra Plaza, Penthouse, Coral Gables, Florida (FL 33134), Estados Unidos de Norteamérica, **informe 1) Si se celebro algun contrato de licencia de merchandising con la empresa argentina ARGOS COMERCIAL S.A. En caso afirmativo, informe cual fue el plazo de vigencia de dicho/s contrato/s. 2) Certifique la autenticidad de la copia del contrato que se adjunta.**

A los fines de dar cumplimiento con lo exigido por la ley 23.480 se informa que:

a) **Órgano jurisdiccional requirente:** Juzgado Nacional de Primera Instancia del Trabajo Número 50 de la Ciudad Autónoma de Buenos Aires, República Argentina.

b) **Individualización del expediente:** **"Moretta Alfredo c/ Argos Comercial S.A. y Otros s/ Despido**, Expediente N° 46.953/10.

GERMÁN P. MANCUSO
SECRETARIO

1

c) <u>Identidad y dirección de las partes</u>:

**Parte actora:**

**Moretta Alfredo**, con domicilio en Guemes 2673, Partido de Gral. San Martín, Provincia de Buenos Aires, República Argentina.-

Abogado: Vacarezza, Rodolfo Jorge, C.P.A.C.F. Tº 47 Fº 717 con domicilio legal en Avda. del Libertador 5975 Piso 13 "A", Ciudad Autónoma de Buenos Aires, República Argentina.-

**Parte Demandada:**

**1- Argos Comercial S.A.**, con domicilio en Perú 359 piso 12, Ciudad Autónoma de Buenos Aires, República Argentina

Abogado: Prusak, Carmen Mirta C.P.A.C.F. Tº 40 Fº 106 con domicilio legal en Perú 359 Piso 12 Oficina 1205, Ciudad Autónoma de Buenos Aires, República Argentina.-

**2- Badaracco Jose Luis**, con domicilio en Perú 359 piso 12, Ciudad Autónoma de Buenos Aires, República Argentina

Abogado: Prusak, Carmen Mirta C.P.A.C.F. Tº 40 Fº 106 con domicilio legal en Perú 359 Piso 12 Oficina 1205, Ciudad Autónoma de Buenos Aires, República Argentina.-

**3- The Walt Disney Company (Argentina) S.A.** con domicilio en Malaver 550, Vicente Lopez, Provincia de Buenos Aires, República Argentina

Abogado: Vibes Federico Pablo C.P.A.C.F. Tº 65 Fº 86 con domicilio legal en Av. Callao 1033 Piso 2, Ciudad Autónoma de Buenos Aires, República Argentina.-

**4- Mattel Argentina S.A**, con domicilio en Av. Corrientes 2028, Planta Baja, Ciudad Autónoma de Buenos Aires, República Argentina.-

Abogado: Alonso Ariel Martín C.P.A.C.F. Tº 68 Fº 957 con domicilio legal en Suipacha 1111, Piso 18, Ciudad Autónoma de Buenos Aires, República Argentina.-

d) <u>Naturaleza del Juicio</u>: Laboral.-

e) <u>Objeto</u>: Reclamo de indemnización por despido.-

f) <u>Somera exposición de los hechos</u>: el Sr. Alfredo Moretta promovió formal demanda por despido contra Argos Comercial S.A., José Luis Badaracco, y solidariamente contra The Walt Disney Company (Argentina) S.A. y Mattel Argentina S.A. por considerarse despedido, reclamando las indemnizaciones y multas correspondientes conforme la legislación de la República Argentina.-



**9) Monto:** $ 1.017.760.-

**h) Documentación que se adjunta:** Se adjunta copia de contrato de mandato de supervización de marketing (MARKETING SUPERVISION MANDATE) de fecha 7 de diciembre de 1995 enviado por DISNEY CONSUMER PRODUCTS LATIN AMERICA Inc. a THE WALT DISNEY COMPANY (ARGENTINA) S.A.

**i) Resolución que ordena la medida:** La resolución que ordena la expedición del exhorto dice en su parte pertinente: "En relación al oficio ofrecido por la demandada The Walt Disney Co. Latin America S.A. a fs. 171 pto. d), líbrese exhorto en los términos de la Ley 22.172. *Fdo. Dra. Silvia L. Sayago, Juez".- - - -

**j)** El presente exhorto deberá cumplirse con las formas y procedimientos previstos en la Convención de Pruebas en el Extranjero en Materia Civil o Comercial adoptada en la ciudad de La Haya el 18 de marzo de 1970 por la Conferencia de La Haya de Derecho Internacional Privado, e incorporado al Derecho Interno de la República Argentina mediante ley 23.480.- - - - - - - - - - -

**k)** Para mejor ilustración de V.S. se transcriben las siguientes normas:

**ARTICULO 84. Ley 18.345:** Oficios y exhortos. Los oficios dirigidos a jueces nacionales y/o provinciales y los exhortos serán confeccionados por las partes y firmados por el juez y el secretario en su caso, entregándose al interesado bajo recibo en el expediente. Se dejará copia fiel en el expediente de todo exhorto y oficio que se libre. Los pedidos de informes, testimonios y certificados, así como los de remisión de expedientes ordenados en el juicio serán requeridos mediante oficios, firmados, sellados y diligenciados por el letrado patrocinante, con transcripción de la resolución que los ordena y que fija el plazo en que deberán remitirse. Deberán otorgarse recibo del pedido de informes y remitirse las contestaciones directamente a la secretaría con transcripción o copia del oficio. El plazo para contestar el informe será de VEINTE (20) días hábiles si se trata de oficinas públicas y de DIEZ (10) días hábiles cuando se solicitare a entidades privadas. Las partes deberán acreditar el diligenciamiento dentro de los SESENTA (60) días de la notificación del auto de apertura a prueba bajo pena de caducidad.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**l)** Se encuentran autorizados para el diligenciamiento del presente los Dres. Federico Pablo Vibes y/o Edgardo Sanucci y/o Sr. Juan María Piccini y/o quienes estos designen.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dios Guarde a V.S.

SILVIA L. SAYAGO
JUEZ NACIONAL

SILVIA L. SAYAGO
JUEZ NACIONAL

GERMAN P. MANCUSO
SECRETARIO

3

## *Poder Judicial de la Nación*

 El  que  suscribe, Prosecretario General de la Cámara Nacional de
Apelaciones del Trabajo de la Capital Federal de la República Argentina,
certifica que la firma que antecede de la  Doctora Silvia L. Sayago es
auténtica  y coincide con la que figura registrada en la Secretaría General,
en su carácter de Juez  a cargo del Juzgado Nacional de Primera Instancia
del Trabajo N°  50

..........................…………………………...Buenos Aires, 1 de agosto de 2012........

**Claudio Riancho**
Prosecretario General

TRADUCCIÓN PÚBLICA ------------------------------------------------------------------------

CERTIFIED TRANSLATION ------------------------------------------------------------------

OFFICIAL LETTER -------------------------------------------------------------------------------

City of Buenos Aires, August [blank space], 2012 -------------------------------------------

Ms. Hilda Virginia LYNN -------------------------------------------------------------------------

Madame Director of the Legal Department of the Ministry of Foreign Affairs and Worship -------------------------------------------------------------------------------------------------

I am writing in connection with the case entitled "**Moretta Alfredo c/ Argos Comercial S.A. y Otros s/ Despido**" [Moretta Alfredo vs. Argos Comercial S.A. et al, on Termination], Docket No. 46953/10, pending before Federal Court of Original Jurisdiction in Labor Matters No. 50, where Judge Silvia Luisa Sayago sits, Sole Clerk's Office in charge of Mr. German Pablo Mancuso, Esq., having seat at Lavalle 1268, Floor 4, in this City of Buenos Aires, in order to request processing of the letter rogatory attached hereto pursuant to the provisions of Act No. 23.481. -------

The resolution ordering this measure is herein transcribed: "*Buenos Aires, November 7, 2011 ...With regard to the official letter offered by defendant The Walt Disney Co. Latin America S.A. on p. 171, par. d), let a letter rogatory pursuant to the provisions of Act No. 22.172 be issued. Signed by Judge Silvia Luisa Sayago.*" -----------

Mr. Edgardo Sanucci, Esq. and/or Mr. Federico Pablo Vibes, Esq. and/or Mr. Juan Maria Piccini are hereby duly authorized to serve notice hereof. ------------------------

IT IS HEREBY PLACED ON RECORD THAT THIS OFFICIAL LETTER IS ISSUED IN REFERENCE TO A LABOR COMPLAINT. ----------------------------------------------------------

Sincerely yours,-----------------------------------------------------------------------------------

[There appears an illegible signature and below same a seal that reads:] FEDERICO PABLO VIBES - ATTORNEY-AT-LAW - Bar Association of the City of Buenos Aires, T° 65 F° 36 ------------------

----------------------------------------------------------------------------------------------------------

[There appears a seal with a coat of arms that reads:] National Court of Original Jurisdiction in Labor Matters No. 50 -----------------------------------------------------------------------------------

**LETTER ROGATORY LAW No. 23.480** --------------------------------------------------------

Buenos Aires, July 02, 2012 --------------------------------------------------------------------

Silvia Luisa Sayago, National Judge of Original Jurisdiction in Labor Matters presiding over National Court of Original Jurisdiction in Labor Matters No. 50, in the City of Buenos Aires, Republic of Argentina ---------------------------------------------

To the Judge having jurisdiction to order issue of an official letter addressed to **Disney Consumer Products Latinamerica, Inc.**, domiciled at One Alhambra Plaza, Penthouse, Coral Gables, Florida (FL 33134), United States of America -------

**DOES HEREBY GREET, REQUEST AND MAKE KNOWN:** ---------------------------------

In re. **Moretta Alfredo c/ Argos Comercial S.A. y Otros s/ Despido**" [Moretta Alfredo vs. Argos Comercial S.A. et al, on Termination], Docket No. 46953/10, pending before this National Court of Original Jurisdiction in Labor Matters No. 50 of the City of Buenos Aires, where the undersigned Judge sits, Clerk's Office in charge of Mr. Germán Pablo Mancuso, Esq., with seat at Lavalle 1268, Floor 4, in this City of Buenos Aires, that the undersigned has jurisdiction to hear by virtue of the subject matter and venue of the case, it has been resolved that this letter rogatory be issued, kindly requesting Your Honor, pursuant to the laws and procedural

1

formalities of the requested State, to cause the necessary arrangements for production of evidence consisting of submission of information so that **Disney Consumer Products Latinamerica, Inc.**, domiciled at One Alhambra Plaza, Penthouse, Coral Gables, Florida (FL 33134), United States of America, **reports the following: 1) whether a merchandising license agreement was entered into with Argentine company ARGOS COMERCIAL S.A. If any such agreement was entered into, to report the term corresponding to such agreement(s); 2) that the same certifies authenticity of the copy of the agreement attached hereto.**

In compliance with the provisions of Act No. 23.480, the following is hereby informed: --------------------------------------------------------------------------

a) <u>Requesting Judicial or Administrative Authority</u>: National Court of Original Jurisdiction in Labor Matters No. 50, City of Buenos Aires, Republic of Argentina. --

b) <u>Case Identification</u>: "Moretta Alfredo c/ Argos Comercial S.A. y Otros s/ Despido" [Moretta Alfredo vs. Argos Comercial S.A. et al, on Termination], Docket No. 46953/10. --------------------------------------------------------------------

[There appears an illegible signature and below same a seal that reads:] GERMAN P. MANCUSO, COURT CLERK --------------------------------------------------------------------------------

[There appears an illegible signature and below same a seal that reads:] SILVIA L. SAYAGO, NATIONAL JUDGE --------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------

c) <u>Name and domicile of the parties</u>: -----------------------------------------------

**Plaintiff:** ------------------------------------------------------------------------------------

**Alfredo Moretta,** with domicile at Güemes 2673, District of General San Martín, Province of Buenos Aires, Republic of Argentina. ------------------------------------

Counsel: Rodolfo Jorge Vacarezza, Member of the Bar Association of the City of Buenos Aires, registration Tº 47 Fº 717, with legal domicile at Avda. del Libertador 5975, Floor 13, Suite "A", City of Buenos Aires, Republic of Argentina. ----------------

**Defendant:** ----------------------------------------------------------------------------------

1. **Argos Comercial S.A.,** with domicile at Peru 359, Floor 12, City of Buenos Aires, Republic of Argentina. -----------------------------------------------------------------

Counsel: Carmen Mirta Prusak, Member of the Bar Association of the City of Buenos Aires, registration Tº 40 Fº 106, with legal domicile at Peru 359, Floor 12, Suite 1205, City of Buenos Aires, Republic of Argentina. ----------------------------------

2. **Jose Luis Badaracco,** with domicile at Peru 359, Floor 12, City of Buenos Aires, Republic of Argentina. -----------------------------------------------------------------

Counsel: Carmen Mirta Prusak, Member of the Bar Association of the City of Buenos Aires, registration Tº 40 Fº 106, with legal domicile at Peru 359, Floor 12, Suite 1205, City of Buenos Aires, Republic of Argentina. ----------------------------------

3. **The Walt Disney Company (Argentina) S.A.** with domicile at Malaver 550, Vicente Lopez, Province of Buenos Aires, Republic of Argentina. ------------------------

Counsel: Federico Pablo Vibes, Member of the Bar Association of the City of Buenos Aires, registration Tº 65 Fº 86, with legal domicile at Ave. Callao 1033, Floor 2, City of Buenos Aires, Republic of Argentina. --------------------------------------------

4. **Mattel Argentina S.A.** , with domicile at Ave. Corrientes 2028, Ground Floor, City of Buenos Aires, Republic of Argentina. -----------------------------------------------

2

Counsel: Ariel Martín Alonso, Member of the Bar Association of the City of Buenos Aires, registration T° 68 F° 957, with legal domicile at Suipacha 1111, Floor 18, City of Buenos Aires, Republic of Argentina. -------------------------------------------------

d) **Nature of the Proceedings**: Labor Proceedings -----------------------------------------

e) **Purpose**: Claim for collection of severance pay. ------------------------------------

f) **Brief description of the facts**: Mr. Alfredo Moretta filed a formal complaint for dismissal against Argos Comercial S.A., Mr. José Luis Badaracco and, jointly and severally, against The Walt Disney Company (Argentina) S.A. and Mattel Argentina S.A., considering himself dismissed and claiming the pertinent compensation and fines under the laws of the Republic of Argentina. ------------------------------------------

[There appears an illegible signature and below same a seal that reads:] GERMAN P. MANCUSO, COURT CLERK ----------------------------------------------------------------------------------------

[There appears an illegible signature and below same a seal that reads:] SILVIA L. SAYAGO, NATIONAL JUDGE --------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------

[There appears a seal with a coat of arms that reads:] National Court of Original Jurisdiction in Labor Matters No. 50 -------------------------------------------------------------------------

g) **Amount**: $ 1,017,760. ------------------------------------------------------------------

g) **Documentation attached hereto**: A copy of the MARKETING SUPERVISION MANDATE dated December 7, 1995, sent by DISNEY CONSUMER PRODUCTS LATIN AMERICA Inc. to THE WALT DISNEY COMPANY (ARGENTINA) S.A. is attached hereto. ---------------------------------------------------------------------------

h) **Court Resolution**: the resolution ordering issue of this letter rogatory states, in its pertinent paragraph, the following: *"With regard to the official letter offered by the defendant The Walt Disney Co. Latin America S.A. on p. 171, par. d), let a letter rogatory pursuant to the provisions of Act No. 22.172 be issued. Signed by Judge Silvia Luisa Sayago."* ------------------------------------------------------------------------

j) This letter rogatory shall comply with all the formalities and procedures provided for in the Convention for Production of Evidence Abroad in Civil or Commercial Matters adopted in the City of the Hague on March 18, 1970 by the Hague Private International Law Convention, and incorporated into the Internal Laws of the Republic of Argentina pursuant to Act No. 23.480. --------------------------

k) In order to better illustrate Your Honor, the following provisions are transcribed below: ----------------------------------------------------------------------------------------

**SECTION 84. Act No. 18.345**: Official Letters and Letters Rogatory. Official letters addressed to national and/or provincial judges and letters rogatory shall be drafted by the parties and signed by the judge and court clerk as applicable, and shall then be delivered to the interested party against a receipt to be filed in the court record. A true copy of any and all letters rogatory and official letters issued shall be filed in the court record. Requests for information, testimony and certificates, as well as forwarding of court files ordered in the proceeding, shall be requested by means of official letters, signed, sealed and served by counsel, which shall include a transcription of the resolution ordering issue thereof and determining the time period for filing a response. A receipt of the request for information shall be issued and responses shall be delivered directly to the court

```
129694 46511
08/08/2012
```

clerk, with a transcription or copy of the official letter. In the case of government agencies, the time period to respond to a request for information shall be TWENTY (20) business days, and this time period shall be of TEN (10) business days in the case of private entities. The parties shall evidence service of the communication within the term of SIXTY (60) days of service of notice of setting the case for trial under penalty of lapsing. ------------------------------------------------------------------------

l) The following are hereby authorized to serve notice hereof: Mr. Edgardo Sanucci, Esq. and/or Mr. Federico Pablo Vibes, Esq. and/or Mr. Juan Maria Piccini and/or the persons the foregoing may designate. -------------------------------------------------------

God save Your Honor. ------------------------------------------------------------------------

[There appears an illegible signature and below same a seal that reads:] GERMAN P. MANCUSO, COURT CLERK ------------------------------------------------------------------------

[There appears an illegible signature and below same a seal that reads:] SILVIA L. SAYAGO, NATIONAL JUDGE ------------------------------------------------------------------------

------------------------------------------------------------------------

*NATIONAL JUDICIARY* ------------------------------------------------------------------------

I, Assistant Secretary General of the National Court of Appeals in Labor Matters of the City of Buenos Aires, Republic of Argentina, hereby certify that Silvia L. Sayago's foregoing signature is genuine and agrees with the signature filed in the General Court Clerk's Office records, in her capacity as National Judge, Labor Court, presiding over National Court of Original Jurisdiction in Labor Matters No. 50. ------

Buenos Aires, August 01, 2012. ------------------------------------------------------------------------

[There appears an illegible signature and below same it reads:] CLAUDIO M. RIANCHO - ASSISTANT SECRETARY GENERAL ------------------------------------------------------------------------

------------------------------------------------------------------------

[The document that follows in the English language is entitled "MARKETING SUPERVISION MANDATE"] --

------------------------------------------------------------------------

I DO HEREBY CERTIFY THAT THIS IS A TRUE TRANSLATION FROM SPANISH INTO ENGLISH OF THE RELEVANT SECTIONS OF THE ORIGINAL DOCUMENT HERETO ATTACHED AND TO WHICH I REFER IN THE CITY OF BUENOS AIRES ON THIS 8th DAY OF THE MONTH OF AUGUST OF THE YEAR 2012. ------------------------------------------------------------------------

------------------------------------------------------------------------

(For certification purposes only:) LO QUE ANTECEDE ES TRADUCCIÓN FIEL DEL ESPAÑOL AL INGLÉS DE LAS PARTES PERTINENTES DEL DOCUMENTO ORIGINAL REDACTADO EN ESPAÑOL Y EN INGLÉS QUE HE TENIDO A LA VISTA Y AL CUAL ME REMITO EN LA CIUDAD DE BUENOS AIRES A LOS 8 DÍAS DEL MES DE AGOSTO DE 2012. ------------------------------------------------------------------------

COLEGIO DE TRADUCTORES PUBLICOS
DE LA CIUDAD DE
Corresponde a la
Nº 46511/12
SERGIO ALEJANDRO ERIVAS

ANA M. ALVAREZ de BORTHWICK
TRADUCTORA PUBLICA
IDIOMA INGLES
MAT T° XV F° 460 CAPITAL FEDERAL
INSCRIP. C.T.P.C.B.A. Nº5028



# COLEGIO DE TRADUCTORES PÚBLICOS
# DE LA CIUDAD DE BUENOS AIRES

REPÚBLICA ARGENTINA
LEY 20.305

## LEGALIZACIÓN

Por la presente, el *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES*, en virtud de la facultad que le confiere el artículo 10, inc.d) de la ley 20.305,  certifica  únicamente  que la  firma  y el sello  que aparecen  en  la traducción  adjunta  concuerdan con los  correspondientes al/la Traductor/a Público/a ALVAREZ DE BORTHWICK, ANA MARÍA

que obran en los registros de esta institución en el folio 460  del Tomo  15   en el idioma      INGLES

Legalización Número:   46511

Buenos Aires, 08/08/2012

MARCELO F. SIGALOFF
Gerente de Legalizaciones
Colegio de Traductores Públicos
de la Ciudad de Buenos Aires

**ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE
TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA**

**Control Interno:** 12969446511

Av. Corrientes 1834 - C1045AAN - Ciudad Autónoma de Buenos Aires - 4373-7173 y líneas rotativas

THE *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Sworn translators association of the city of Buenos Aires) pursuant to 20305 act, section 10, subsection d, hereby certifies that the signature and the seal on the translation attached hereto match the signature and seal of the Sworn Translator (Traductor Público) in our files.

THIS CERTIFICATION IS NOT VALID WITHOUT THE PERTINENT CONTROL STAMP ON THE LAST PAGE OF THE TRANSLATION ATTACHED HERETO.

Vu par le *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Ordre de Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions que lui ont été accordées par l'article 10, alinéa d) de la Loi n° 20.305, pour la seule légalisation matérielle de la signature et du sceau du Traductor Público (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.

LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Con la presente il *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Collegio dei Traduttori Giurati della Città di Buenos Aires) ai sensi della facoltà conferitagli dall'articolo 10, comma d), della Legge 20.305, CERTIFICA, esclusivamente, la firma ed il timbro del Traductor Público (Traduttore Giurato), apposti in calce alla qui unita traduzione, in conformità alla firma ed al timbro depositati nei propri registri.

LA PRESENTE LEGALIZZAZIONE SARÀ PRIVA DI VALIDITÀ OVE NON VENGA TIMBRATA NELL' ULTIMO FOGLIO DELLA TRADUZIONE.

Através da presente, o *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Colégio de Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições, de conformidade com o artigo 10, alínea "d", da Lei 20.305, certifica unicamente que a assinatura e o carimbo do Traductor Público (Tradutor Público) que subscreve a tradução anexa conferem com a assinatura e o carimbo arquivados nos registros desta instituição.

A PRESENTE LEGALIZAÇÃO SÓ SERÁ CONSIDERADA VÁLIDA COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO

BEGLAUBIGUNG. Der *COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES* (Kammer der Vereidigten Übersetzer der Stadt Buenos Aires), kraft der Befugnisse, die ihr nach Artikel 10, Abs.d) des Gesetzes 20.305 zustehen, bescheinigt hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des Traductor Público (VereidigtenÜbersetzers), die in den Registern dieser Institution hinterlegt worden sind.

DIESE BEGLAUBIGUNG IST NICHT GÜLTIG OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG.

T-2002  11:44   DE-THE WALT DISNEY COMPANY ARGENTINA    +54 11 4814-8699    T-201   P.002    F-131



The *Walt Disney* Company

December 7, 1995

The Walt Disney Company (Argentina) S.A.
Avda. R. Scalabrini Ortiz 3333 - 1er. Piso
1425 Buenos Aires
Argentina

Gentlemen:

## MARKETING SUPERVISION MANDATE

This letter will serve to express the terms upon which you, The Walt Disney Company (Argentina) S.A. ("you" and "your") have been granted the right to act as a marketing supervisor for Disney Consumer Products Latin America, Inc., Walt Disney Records and Disney Interactive, Inc. (collectively referred to as "we," "us" and "our").

    A.    By an agreement with The Walt Disney Company, Disney Consumer Products Latin America, Inc. is engaged in the exploitation of the following categories of characters, which are either owned by or licensed to The Walt Disney Company, or owned jointly by The Walt Disney Company and others, many of which characters appear or are used in motion pictures, both cartoon and live action combinations thereof, which are exhibited theatrically on television:

    (i)    Various fanciful and cartoon characters and personalities, designs, figures, and the names thereof, which characters, personalities, designs, figures and names are herein collectively referred to as "fanciful characters";

    (ii)    Portrayals of various fictional, historical and legendary persons, the names and characterizations of which persons are herein collectively referred to as "fictional characters" (for the purposes of this contract, "fictional characters" shall not include the name or likeness of any human actor or actress portraying any such fictional character);

    (iii)    Various animals, birds and insects, which animals, birds and insects, together with such names as may be used to identify any of them, are herein collectively referred to as "nature characters";

    (iv)    Treatments of various scientific subjects, herein referred to as "scientific characters"; and

    (v)    Scenes and symbols from or identified with the parks known as "Disneyland", "Walt Disney World," "Disneyland Paris" and "Tokyo Disneyland", herein referred to respectively as "Disneyland characters", "Walt Disney World characters," "Disneyland Paris characters" and "Tokyo Disneyland characters";

500 South Buena Vista Street / Burbank, California 91521 . 818-560-1000

all of which fanciful characters, fictional characters, nature characters, scientific characters, Disneyland characters, Walt Disney World characters, Disneyland Paris characters, and Tokyo Disneyland characters, in the aggregate, shall be deemed to be referred to and to be embraced within the term "Disney characters" whenever said words are used herein.

B.     Walt Disney Records is engaged in the business of creating, manufacturing and releasing commercial phonograph records, discs and cassettes for children and adults.  From time to time, Walt Disney Records may wish to arrange for the manufacture within the territory and sale therein of records, discs and cassettes from masters utilized in connection with such records and/or new records created within the territory by licensees therein utilizing the literary and musical creations of Walt Disney Records.   "Record licenses" mean all such licenses and "record licensees" mean all such licensees.

C.     Disney Interactive, Inc. is engaged in the business of creating, manufacturing and distributing of computer software.  From time to time, Disney Interactive, Inc. may wish to arrange for the manufacture within the territory, or distribution therein, of computer software from original software created by or for it or new computer software created within the territory by licensees therein using the literary and computer software creations of Disney Interactive, Inc.

D.     You desire to acquire from us, and we have agreed to grant to you, the right to supervise record licensees and computer software licensees and to supervise third parties who are licensed to use, utilize and/or exploit the Disney characters for use in promotion, merchandising, recording, computer software and publishing purposes in the territory hereinafter defined.

Now, therefore, the following represents the terms and conditions which you have previously accepted and agreed will govern our relationship with you:

1.     Subject to the provisions, conditions, limitations and restrictions hereinafter set forth, within the territory herein defined and designated, non-exclusively and only to the extent of our ownership or control thereof, we have granted you the right:

(A)     to negotiate on our behalf, record licenses, computer software licenses and licenses with third parties to use the Disney characters in promotion, merchandising and publishing activities and endeavors; and

(B)     to supervise record licensees and computer software licensees and to supervise the use, exploitation, merchandising, distribution, publication, and/or other use of the Disney characters (as herein specifically provided and limited), in and in connection with our promotion, merchandising, publishing, computer software and record business in the territory.

2.     (A)     The identity of all licensees and each proposed licensed product to be negotiated by you shall be subject to our prior written approval in each case.  All third parties shall be licensed only pursuant to a license contract signed by us or our designees, nothing in this agreement is intended to grant to you any right, power or authority to sign license agreements relating to Disney characters.

arg-main

-2-



(B)   It is agreed that the following shall be included within your responsibilities:

(i)   Locate prospective licensees and negotiate merchandise, publishing, computer software and/or record production, distribution or sale agreements;

(ii)   Assist our licensees within the territory with product development (In this connection it will be your responsibility to supervise product development by all of our licensees using sample products and artwork provided by us. When you are satisfied with the quality of a proposed licensed product, you will provide samples to us for our final approval.);

(iii)   Inspect and approve the product quality of licensed merchandise;

(iv)   Supervise the activities of all licensees within the territory, and render your assistance to such licensees to the end that the licensed merchandise sold by such licensees will be given the broadest possible release within the territory;

(v)   Examine for accuracy all royalty or other reports submitted to us (with copies to you) with respect to all licenses in the territory signed by us, accumulate any royalties paid to you on our behalf by our licensees in the territory, and remit such royalties to us (after deduction of appropriate taxes) on a monthly basis;

(vi)   Render to us, not later than the tenth day of each month during the term, a report on your activities and the activities of all licensees within the territory during the preceding month;

(vii)   Maintain relations with the media in the territory and publicize our consumer products program as it becomes established; and

(viii)   Generally supervise and administer all matters relating to our promotion, merchandise, publications, computer software and record licenses in the territory, as requested by us.

3.   The territory within which you shall have the right to exercise the rights which have been granted to you, and which shall be known and herein referred to as "the territory", is defined to be the countries of Argentina, Chile, Bolivia, Uruguay and Paraguay.

4.   You stipulate that you are fully aware of our policies in accordance with which you are to exercise the rights granted you, and it is the intention of this agreement that the rights herein granted to you shall be exercised only in accordance with our policies as such policies and conditions may from time to time may be changed or altered.

5.   You and we have agreed that the original period during which you will provide to us the services listed in this Mandate (hereinafter referred to as the "term") shall be the period commencing July 1, 1995 and ending June 30, 1997. Thereafter, this Mandate shall automatically be renewed from year to year unless terminated by either party upon thirty (30) days written notice thereof.

xry-mtm



T-2002, 11:46    DE-THE WALT DISNEY COMPANY ARGENTINA    +54 11 4814-9589    T-201   P.005    F-131

6. We reserve the right within the territory, with respect to the Disney characters, to negotiate and make, and/or to authorize third parties to make license contracts and other contracts, for any purpose or purposes whatsoever. In the event any such license contract or other contract is so made, independently of you, we reserve the right in our discretion to determine, having regard to all pertinent circumstances, whether or not such transaction is one with respect to which you shall provide your supervisorial and administrative services hereunder and for which you shall be entitled to receive compensation.

7. The terms of any and all license contracts negotiated by you shall be first submitted to us for approval; any letters sent to our prospective licensees by you shall contain a provision that such letters shall not be or become binding commitments unless countersigned by us. Without limiting the foregoing, any license contract negotiated by you hereunder which departs in any way from the standard form of license contract approved by us, or which contains any change or alteration of such standard form, shall likewise not be or become a binding commitment on us unless such changes are submitted to and approved by us in writing.

8. (A) You undertake and have agreed to maintain, at your own expense, suitable offices in the territory with appropriate personnel, to devote as much time and attention as shall be necessary, proper and requisite to efficiently exploit the Disney characters in the territory and to closely supervise the license contracts entered into by us.

(B) You have specifically agreed that you and all of your officers, directors, employees and agents are not now engaged or interested, and will not enter upon or become interested, and during the term of this contract will not enter upon or become interested, in the making, producing or manufacturing of cartoon motion pictures, or in any activity or endeavor whatsoever concerning cartoons or cartoon characters or cartoon personalities, other than the Disney characters.

9. (A) You shall not, without our prior written approval, engage in or permit others to engage in any of the following endeavors: motion pictures (including substandard size film), theatrical productions, circuses, puppet shows, and television or radio broadcasts, involving the Disney characters, except that items of merchandise made by a duly licensed manufacturer and bearing reproductions of the Disney characters may be shown in television advertisements if the manufacturer so desires.

(B) You shall not, under any circumstances, negotiate license(s) for the use of Disney characters for promotion, merchandising, publishing, records or music-related activities or in advertising in connection with any article, product or endeavor that would be harmful to the prestige and good reputation of our motion pictures and/or the Disney name. Without limiting the generality of the foregoing restriction, any use of Disney characters in connection with any and all of the following is expressly prohibited:

(i) Products harmful to children or potentially detrimental to their characters, such as (but not limited to) tobacco products and accessories, alcoholic beverages (including beer and wine) and accessories, and gambling devices;

arg-rtsm

-4-

T-2002  11:47      DE-THE WALT DISNEY COMPANY ARGENTINA      +54 11 4814-8596      T-201  P.006    F-131





(ii)    Medicines;

(iii)    Personal hygiene products for men or women;

(iv)    Any comic material or character other than ours; and

(v)    Any use which would publicize any motion picture other than ours.

(C)    You shall supervise use by third parties of representations, designs and names of the Disney characters within the territory, and we shall have the right, at our sole option, to disapprove any particular representation, reproduction, content or method of use. In the event of such disapproval you shall forthwith take such measures as may be necessary to bring about a prompt discontinuance of such disapproved use. However, once approved by us, advertising art and/or layouts will not need separate approvals for other uses if there are no changes in the art and/or layout, or in the purpose or product.

10.    We have agreed to supply to you such of the following materials as in our opinion may be necessary or requisite for the purposes of this contract and of your endeavors hereunder, but only to the extent that we own or control the same:

(i)    Typical representations of the fanciful characters and the nature characters;

(ii)    Photographs or other reproductions of the physical likenesses of the fictional characters, scientific characters, Disneyland characters, Walt Disney World characters, Disneyland Paris characters and Tokyo Disneyland characters;

(iii)    Literary and artistic material produced by us for use in the form of comics, magazines and story books and in other forms;

(iv)    Original recordings of musical compositions created by or for us which contain, are based upon or adapted from the Disney characters;

(v)    Original computer software created by or for us which contain, are based upon or adapted from the Disney characters; and

(vi)    Various samples necessary for production of merchandise using Disney characters.

11.    You have agreed that you will negotiate license(s) to exploit the Disney characters strictly in accordance with the terms of this contract and at no expense to us, and that you will conduct your activities and endeavors in an ethical and appropriate manner so as to foster and encourage the proper sale, exploitation and/or distribution of licensed merchandise to the best advantage. You have further agreed that you will exercise a high degree of care and diligence toward the maintenance of a proper quality, style, appearance and price of all merchandise supervised by you hereunder, so as not to reflect against or bring discredit to the name or the motion pictures or the Disney characters, owned or licensed by The Walt Disney Company. In connection with the foregoing we will provide you with standards for the quality of the products and a copy of the Disney Character Licensing Guide.

arg-mm

-5-

ET-2002  11:49    DE-THE WALT DISNEY COMPANY ARGENTINA    +54 11 4814-9569    T-201  P.007    F-131



12.    You shall operate hereunder in your own name, with the obligation to negotiate and to supervise the said licensing endeavors with third parties in the territory.  All contracts granting licenses or rights hereunder shall be made between us and such third parties and under no circumstances shall you use or authorize others to use the name of any of the Disney characters as the title or name of any corporation, firm, partnership, society or other entity, or do business or permit others to do business using any such name or names.

13.    (A)    Subject to the provisions of Paragraph 6, in consideration for the faithful and efficient performance of your services hereunder, you shall be reimbursed for all reasonable costs and expenses incurred by you in the performance of such services, plus a profit of five percent (5%) of all such costs and expenses.

(B)    Within five (5) days after the end of each month during the term, you shall submit to us a report detailing your activities hereunder and listing all royalties received by you on our behalf and all costs and expenses incurred by you for the immediately preceding calendar month.  Upon our receipt of such monthly report, we may authorize you to withhold or withdraw from our local bank account a sum equal to your costs and expenses, plus five percent (5%), from the royalties received by you on our behalf; any royalties in excess of that sum shall be remitted to us in Burbank or at such Bank and account as we may designate to you in writing, within fifteen (15) days after the end of the month.

14.    You and we have agreed that this contract and the rights granted hereunder are personal to you and shall not be assignable by you or by operation of law.  Any attempt by you to assign, mortgage or hypothecate this contract or any of your rights hereunder shall constitute a material breach of this mandate and our relationship and shall be void and have no legal effect.

15.    (A)    You shall not acquire, own or possess any rights in or to the Disney characters or any Disney literary, musical, computer software or artistic material. All copyrights, trademarks, patents and all other titles and rights in and with respect to the Disney characters and Disney literary, musical, computer software and artistic material, are reserved to The Walt Disney Company.  No warranties are made and shall not be deemed to be herein or hereafter made by us in respect to any title or right to any of the Disney characters or in respect to any copyright, trademark or patent applicable to any of the Disney characters.

(B)    As part of your supervisorial activities hereunder, you shall insure that all uses of any and all kinds of the Disney characters and any adaptations and new designs of the same, licensed by us, shall, invariably and without exception, bear proper and legally sufficient notice of copyright in the name of The Walt Disney Company or such other name as we shall designate, and such trademark and trademark notices as we shall specify.

(C)    If we so request, you shall take out and register such copyrights, trademarks, design patents and/or other types of protection available in the territory as may be reasonably necessary in our opinion to preserve and protect the rights and interests of The Walt Disney Company in the Disney characters.  Such copyrights, trademarks, design patents and other protection and rights shall be taken out in the name of The Walt Disney Company or as we may direct and at our expense, but you shall not proceed therewith without obtaining our written

arg-mam

-6-

T-2002  11:49      DE-THE WALT DISNEY COMPANY ARGENTINA        +54 11 4814-8589        T-201   P.006     F-131
IZHERNANDEZ GENERA
ICIORA PUBLICA





consent. If as a result of your activities hereunder, you acquire any trademarks, copyrights, performance rights, equities, titles or other rights in or with respect to the Disney characters, or any of them, you shall, forthwith upon our request but in any event not later than the expiration of this contract or its sooner termination, assign and transfer the same to The Walt Disney Company without consideration other than the consideration of this contract.

16.     In the event you shall file a petition in bankruptcy or be adjudged bankrupt or make an assignment for the benefit of creditors, or be placed in the hands of a trustee or receiver, or otherwise become insolvent, then upon the happening of any such contingency, we shall have the right forthwith to terminate our relationship by giving you, your receivers, assignees or trustees, as the case may be, fifteen (15) days' written notice of our election so to do.   The equivalent of any of the proceedings or acts referred to in this paragraph, though known and/or designated by some other term or name in the territory hereof, shall likewise constitute a ground for termination of this contract by us under this paragraph.

17.     We shall also have the right, in addition to any other right or remedy, to terminate our relationship:

     (A)     if you shall for any reason fail or refuse to efficiently carry on the endeavors contemplated herein, and such failure or refusal shall have continued for a period of thirty (30) days after we have served upon you written notice of such failure or refusal; or

     (B)     if you shall breach any material provision of this mandate or fail to comply with any material condition hereof, and such breach or failure shall remain uncorrected thirty (30) days after we have served upon you written notice of such breach or failure; or

     (C)     if we shall decide that any conduct on your part is detrimental to our prestige, it being agreed that we shall have the right to make such decision in the exercise of our absolute discretion, provided the same is founded on reasonable grounds and is not capricious, provided that if such conduct on your part could in our judgment be corrected by you in such a way as to remove the harm to our prestige, then we shall notify you and allow you thirty (30) days after the service of written notice in which to correct such conduct; or

     (D)     upon the assignment of this contract or the rights granted hereunder, whether voluntarily or involuntarily, by you or by operation of law.

If we shall elect to terminate our relationship for any one or more of said reasons, we shall give you notice in writing of our election so to do, and such termination shall occur and be effective immediately upon the sending of such notice.

18.     In the event that we, in our sole judgment and discretion, shall determine that any employee of yours is conducting himself in such a manner as to cause or tend to cause detriment to our reputation and/or prestige, you shall, on notice from us to that effect, remove such employee from any and all participation in the endeavors engaged in by you hereunder.  A failure or refusal on your part to comply promptly with any such notice shall constitute a material breach of this mandate and our relationship.

arg-mlm

02-SET-2002 11:50       DE-THE WALT DISNEY COMPANY ARGENTINA        +54 11 4614-6589       T-201   P.006   F-131





19.    You have agreed that after the expiration of the term or the prior termination hereof you will not negotiate any new license contracts for the use of, and will not authorize any third party to use, any of the Disney characters in connection with the manufacture, sale, distribution or exploitation of any merchandise, records, computer software or publications, or other services or other uses, nor shall you have any other rights under this contract. This Paragraph, however, shall not affect the rights of any third parties under the provisions of any license contract validly entered into in good faith with us during a time when this instant contract shall have been in force.

20.    You have agreed that with respect to each and every license contract supervised by you hereunder, you will send to us such information as may be requested by us or our designated representatives, to the end that we shall at all times be fully informed with respect to such licenses.

21.    Nothing herein contained shall be construed as authorizing you to incur financial obligations in our name without our special authorization in writing, and it is specifically understood and agreed that under no circumstances shall any power granted, or which may be deemed to be granted to you, be deemed to be coupled with an interest. Nothing herein contained shall be construed to constitute the relationship hereby created a joint venture or a partnership between you and us.    It is agreed and understood by you that upon the expiration or prior termination of this contract, we will be under no obligation to make any special payment as compensation or indemnification or otherwise to you based on the fact of such expiration or termination and any provision of law stating otherwise is unconditionally waived by you.

22.    This mandate contains an authoritative statement of all rights and duties of the parties hereto shall be governed, controlled, interpreted and defined by and under the laws of the said State of California, United States of America entirely independent of the forum in which this mandate or any part hereof may come up for construction, interpretation or enforcement.

23.    It is specifically understood that the rights and powers retained by us to supervise, or otherwise to intervene in, your activities, and to determine all matters of policy, all as hereinabove provided, are retained because of the necessity of protecting the copyrights, trademarks, properties and property rights generally of the Walt Disney Company, and specifically to conserve the good will and good name of Disney and of the Disney characters, and the Disney motion pictures. It is the intent of both parties to see that the matters aforesaid shall in no way suffer or become involved in transactions or situations of any character which might detract or tend to detract from or in any way impugn public acceptance and popularity of the same, or impair their legal status.

24.    (A)    You have agreed that you will cooperate in efforts to prevent infringement of Disney's property.

         (B)    You have agreed that you will not institute any action at law or other legal proceedings against infringers of our property, or against persons making unauthorized use of the Disney characters or for any other reason pertinent to the provisions of this contract, without first obtaining our consent in writing. If you institute any such action upon our written request we will bear the cost of such action at law or legal proceeding.

arg-msm



(C)  In the event any action at law or other legal proceeding shall be brought against you as a result of endeavors contemplated by this contract, you have agreed to give prompt written advice thereof to us, giving full details and, whenever practicable, copies of all notices, papers and pleadings served on or by you.

25.  We shall have the right to withhold and/or withdraw any character or any component part thereof from use and/or utilization in the endeavors contemplated in this contract, in the event such use should violate or infringe or reasonably tend or be claimed to violate or infringe the rights of third parties, or in the event that the use or continued use thereof shall in our judgment be prejudicial to our interests or to the exploitation and/or exhibition of our motion pictures or any of them.

26.  It shall be your function and obligation to maintain surveillance of all licensees licensed pursuant hereto, and to examine for accuracy all reports submitted by them concerning volume of business done by, and royalties due from, them, respectively, pursuant to such licenses.

27.  All notices which either party is required or may desire to serve upon the other party hereunder shall be in writing, and the party to be served shall be addressed as follows:

To us:  Disney Consumer Products Latin America, Inc.
Columbus Center
One Alhambra Plaza - Penthouse
Coral Gables, Florida 33134 USA

Walt Disney Records
350 South Buena Vista Street
Burbank, California 91521, U.S.A.
Attention: Legal Department

Disney Interactive, Inc.
500 South Buena Vista Street
Burbank, California 91521, U.S.A.
Attention: Legal Department

To you:  The Walt Disney Company (Argentina) S.A.
Avda. R. Scalabrini Ortiz 3333 - 1er. Piso
1425 Buenos Aires
Argentina

Any such notice, served by either party, may be served personally or by depositing the same addressed as herein provided, postage prepaid, in the official mail of the country wherein is located the office of the party giving or receiving such notice, or by delivering the same, toll prepaid, to a telegraph or cable company.  Any notice mailed or telegraphed, as aforesaid, shall be deemed to have been served on the date of mailing or on the date of delivery to the telegraph company.

arg-mism

28.    The authoritative statements in the Mandate have been previously agreed upon and accepted by the parties hereto; such agreement and acceptance thereto has not been induced by any representation, statement or warranty other than those expressly set forth herein.  All of the terms of this Mandate are herein set forth and neither this Mandate nor any part hereof may be waived, modified, supplemented or otherwise altered, unless by a writing signed by us.

DISNEY CONSUMER PRODUCTS
LATIN AMERICA, INC.

By:

GARDNER DE KANTER
Executive Vice-President
Latin America

WALT DISNEY RECORDS
A Division of Buena Vista Pictures
Distribution

By:

DISNEY INTERACTIVE, INC.

By:

VICE PRESIDENT
BUSINESS AND LEGAL AFFAIRS

-10-